| PROB 22 (Rev. 11/23) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* <br> 1:09 CR 00525-1 (GW) |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: <br> Harold Lopez <br> Queens, New York <br><br> FILED <br> IN CLERK'S OFFICE <br> US DISTRICT COURT E.D.N.Y. <br> *   MAY 2, 2024   * <br> BROOKLYN OFFICE <br><br> 24-CR-179 | DISTRICT <br> SOUTHERN DISTRICT OF NEW YORK |
|---|---|
| | NAME OF SENTENCING JUDGE <br> Gregory Woods, U.S. District Judge |
| | DATES OF PROBATION/SUPERVISED RELEASE:  FROM 07/19/2019  TO 07/18/2024 |

Judge LaShann DeArcy Hall

OFFENSE

Conspiracy to distribute and possess with intent to distribute heroin and cocaine, in violation of 21 USC 841(b)(1)(A) and 846, a Class B Felony.

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Non-compliance (Assault & Acting in a Manner to Injure a Child) to be handled in district upon transfer.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of New York upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.

April 18, 2024
*Date*                                                    *United States District Judge*

By endorsement of the Transfer of Jurisdiction document, (Probation 22) and upon application of the United States of America, by and through the U.S. Probation Office, it is hereby ORDERED that in order to effectuate the Transfer of Jurisdiction of Harold Lopez's supervision from the Southern District of New York to the Eastern District of New York, the sealed records of the Court in the above-styled matter relating to Harold Lopez are unsealed for the limited purpose of transferring those records to the United States District Court for the Eastern District of New York and to the Probation Department in that district.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and and assumed by this Court from and after the entry of this order.

_____                         _____
*Effective Date*                                          *United States District Judge*